**UNITED STATES DISTRICT COURT**

**District of Minnesota**

Gonzalo Adonay Silva Ventura

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01854-SHL-ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

In light of the information provided in 13 Federal Respondents' Status Report, the Clerk of Court is directed to enter judgment in favor of Petitioner and close the case.

Date: 4/1/2026

KATE M. FOGARTY, CLERK